# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NATASHA LOUISE RADASA,

        Defendant.

**CR-15-57-GF-BMM**

**ORDER**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 13, 2020. (Doc. 48.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 9, 2020. (Doc. 47.) The United States accused Radasa of violating her conditions of supervised release 1) by committing another crime; 2) by failing to notify her probation officer of contact with law enforcement; and 3) by failing to notify her probation officer of a change in employment status. (Doc. 45.)

At the revocation hearing, Radasa admitted to notify her probation officer of a contact with law enforcement and by failing to notify her probation officer of a change in employment status. Radasa did not admit or deny alleged violation 1. The Court dismissed alleged violation 1 on the government's motion in open court. (Doc. 47.) Judge Johnston found that Radasa's violations warrant revocation, and recommended that Radasa be incarcerated for 2 months with 34 months of supervised release to follow. (Doc. 48 at 4.) Radasa waived her right to allocute before the undersigned and the 14 day right to appeal. (Doc. 47.)

The violations prove serious and warrant revocation of Radas's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 48) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Natasha Louise Radasa be incarcerated for a term of 2 months, with 34 months of supervised release to follow.

DATED this 14th day of January, 2020.

Brian Morris
United States District Court Judge