# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>NATASHA LOUISE RADASA,<br><br>               Defendant. | CR-15-57-GF-BMM-3<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 17, 2021. (Doc. 77.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 16, 2021. (Doc. 72.) The United States accused Radasa of violating her conditions of supervised release by failing to report to her probation officer within 72 hours of her release from prison. (Doc. 70.)

At the revocation hearing, Radasa admitted to violating the conditions of her supervised release by failing to report to her probation officer within 72 hours of

her release from prison. (Doc. 72.) Judge Johnston found that the violation Radasa admitted proved to be serious and warranted revocation, and recommended that Radasa receive a custodial sentence of 6 months, with 25 months supervised release. (Doc 77.) Radasa was advised of her right to appeal and her right to allocute before the undersigned and waived those rights. (Doc. 72.) The violation proves serious and warrants revocation of Radasa's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 77) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Natasha Louise Radasa be sentenced to the custody of the United States Bureau of Prisons for 6 months, with 25 months supervised release to follow.

DATED this 18th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court