IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATASHA LOUISE RADASA, <br><br> Defendant. | CR-15-57-GF-BMM <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 23, 2022. (Doc. 91.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 22, 2022. (Doc. 86.) The United States accused Radasa of violating her conditions of supervised release 1) by failing to report for substance abuse testing on five separate occasions; 2) by failing to report for mental health treatment; 3) by failing to reside at the place approved by her probation officer; and 4) by committing other crimes. (Doc. 85.)

At the revocation hearing, Radasa admitted to violating the conditions of her supervised 1) by failing to report for substance abuse testing on five separate occasions; 2) by failing to report for mental health treatment; 3) by failing to reside at the place approved by her probation officer; and 4) by committing other crimes. (Doc. 86.) Judge Johnston found that the violations Radasa admitted proved to be serious and warranted revocation, and recommended that Radasa receive a custodial sentence of 8 months with no supervised release to follow. (Doc. 91.) Radasa was advised of her right to appeal and her right to allocute before the undersigned. She waived those rights. (Doc. 86.) The violations prove serious and warrant revocation of Radasa's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 91) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Natasha Louise Radasa be sentenced to the custody of

the United States Bureau of Prisons for a term of 8 months, with no supervised release to follow. Radasa should serve her term of custody at the Bureau of Prisons' facility in Carswell, Texas or Dublin, California.

DATED this 24th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:15-cr-00057-BMM Document 92 Filed 03/24/22 Page 4 of 4